# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 3:22-cv-05798-VC

Date case was first filed in U.S. District Court: October 6, 2022

Date of judgment or order you are appealing: April 3, 2023

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Steven Prescott

Is this a cross-appeal?   ◯ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

402 W. Broadway, Suite 1760

City: San Diego   State: CA   Zip Code: 92101

Prisoner Inmate or A Number (if applicable):

Signature: /s Trenton R. Kashima   Date: 4-17-2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                          Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Steven Prescott

Name(s) of counsel (if any):
Trenton R. Kashima (SBN 291405)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC

Address: 402 W. Broadway, Suite 1760, San Diego, CA 92101
Telephone number(s): (212)946-9389
Email(s): tkashima@milberg.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Rite Aid Corporation

Name(s) of counsel (if any):
Bradley P. Boyer (SBN 179430); Saundra K. Wootton (SBN 224674)
KUTAK ROCK LLP

Address: 777 South Figueroa St., Suite 4550, Los Angeles, CA 90017
Telephone number(s): (213) 312-4000
Email(s): bradley.boyer@kutakrock.com; saundra.wootton@kutakrock.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                  1                                  Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Steven Prescott

Name(s) of counsel (if any):
Jonathan Shub (SBN 237708) SHUB LAW FIRM LLC

Address: 134 Kings Highway E, 2nd Floor, Haddonfield, NJ 08033
Telephone number(s): (856) 772-7200
Email(s): jshub@shublawyers.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Rite Aid Corporation

Name(s) of counsel (if any):
Bryan P. Stanley (MO Bar No. 52388) KUTAK ROCK LLP

Address: 2300 Main Street, Suite 800, Kansas City, MO 64108
Telephone number(s): (816) 960-0090
Email(s): bryan.stanley@kutakrock.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                       2                                       Rev. 12/01/2018