UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PRESCOTT,<br><br>          Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>          Defendant. | 22-cv-05798-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 18, 2023

_____
VINCE CHHABRIA
United States District Judge